THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of Officer, v. DANIEL HENRY.— Motion denied.  Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THOENS & FLAUNLACHER, INC., v. BOLOGOLD GARAGE CORPORATION.— Motion denied, with ten dollars costs.  Present — Dowling P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

FIFTY-NINTH STREET IMPROVEMENT CORPORATION v. 107 WEST 58TH STREET CORPORATION and Another, Impleaded, etc.— Motion denied, with ten dollars costs.  Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

CLAIRE GERLI v. L. BACHMANN & Co., INC., Impleaded, etc.— Motion denied, with ten dollars costs, and stay vacated.  Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

JOSEPH NASH and Another v. AMRI REALTY CO., INC., Impleaded, etc.— Motion denied, with ten dollars costs.  Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

SUN OIL COMPANY v. ALEXANDER A. HELLER.— Motion denied, with ten dollars costs.  Present — Dowling, P. J., Finch, McAvoy and Martin, JJ.

UNITED STATES HOFFMAN MACHINERY CORPORATION v. MANHATTAN LIFE INSURANCE COMPANY, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CECILIA M. SHEIL v. SAMAROGON REALTY CORPORATION.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HENRY MORITZ v. J. EISNER & SONS, INC.— Motion granted.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY HOPKINS v. THOMPSON-STARRETT COMPANY.— Motion granted.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LEWIS A. GRAYDON v. HENRY WOODHOUSE.— Motion denied, with ten dollars costs, and stay vacated.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

L. M. RABINOWITZ & Co., INC., v. SIMON POLLOCK and Another.  NATHANIEL MILLER, Appellant.— Motion granted.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY WITTNER v. BURR AVENUE DEVELOPMENT CORPORATION and Others.— Motion to change position of appeal on the calendar of this court denied.  Motion to strike respondent's supplemental brief from files of this court granted so far as to strike out point I of said brief, to wit, from page 2 to page 20 thereof, inclusive, and to strike out plaintiff's bill of particulars from said brief, to wit, pages 29 to 32 thereof, inclusive, with ten dollars costs to the appellant.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN A. MULLIGAN, INC., v. COOPERSMITH CONSTRUCTION Co., INC., and Others. AMERICAN ENAMELED BRICK AND TILE COMPANY.  EQUITABLE SURETY COMPANY.— Motion granted so far as to stay proceedings to enforce judgment until the determination by this court of the motion to be made for leave to appeal to the Court of Appeals from order of this court entered November 25, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.